United States District Court
For the
Eastern District of Pennsylvania

page #1

Garry Outerbridge
       Plaintiff(s)

v

Medical Staff et al.
Correctional Officers et al.
       Defendant(s)

Case Number:

Complaint for Violation of Civil Rights

I. The Parties to the Complaint
   A. Plaintiff(s)
      Garry Outerbridge
      S83968
      Curran Fromhold - Correctional Facility
      7901 State Road
      Philadelphia, Pennsylvania - 19136

   B. The Defendant(s)

   Defendant number 1:
      John Doe
      Correctional Officer
      shield number unknown
      Philadelphia Prison System

Continued Defendant number 1                                  page #2
    7901 State Road
    Philadelphia, Pennsylvania 19136
Suing John Doe number 1 in his individual and official capacity

Defendant number 2
    Officer Hill
    Correctional Officer - Title of defendant
    Philadelphia Prison System(s) - Employer
    7901 State Road - address
    Philadelphia Pennsylvania - 19136
Suing Defendant #2 in his Individual and official capacity

Defendant number 3
    John Doe - name unknown
    Correctional Officer shield number unknown
    Philadelphia Prison System(s) - Employer
    7901 State Road - address
    Philadelphia, Pennsylvania 19136
Suing John Doe number 3 in his Individual and official Capacity

Defendant number 4
    Medical Staff
    Philadelphia Prison System - Employer
    7901 State Road - address
    Philadelphia Pennsylvania - 19136
Suing in their official Capacity

Page #3

**II Basis for Jurisdiction**

The basis for Jurisdiction of this court is found on the premise of Amendment violations. 8th Amendment Cruel and unusual punishment, 14th Amendment Due Process violations and Public Policies as to the Rights of the people. Therefore the basis for this complaint is a Title 42 United States Code § 1983 where action may be brought for deprivation of rights, privileges, and/or immunities secured by.

Defendants acted under color of state law as they are officials who used brute force as they attacked plaintiff who at all times posed no threat to any officials or any persons whatsoever. Petitioner was beat and suffered fractured ribs and maced and then later denied follow-up medical treatment. See grievance and sick call as to specific time and dates of incident(s).

**III Prisoner Status**

Pretrial detainee with detainer

**IV Statement of Claim**

On November 29th 2020 while officer John Doe defendant 1 number 1 was asleep I was in need of a writing utensil to write a phone number in the receiving room. I used the officer's pen when I went to my cell to await the process the officer - Defendant #1 awoke and realized his pen was missing that's when they came to the cell and asked for the pen I told them I had it and they took the pen (they I speak of are all correctional officers involved) After retrieving the pen officers proceeded to use brute force and maced me and beat me

PAGE#4

in the receiving room cell. After they beat me I went to medical for treatment and my eyes were then cleaned as to the nose discharge. November 29th 2020 was the day incident occurred the date of my arrest.

The facts underlining my claims was that officers John Doe numbers 1-3 beat me for merely using a pen to file my phone numbers in my list. There was other inmates and staff present as the event occurred on camera. Lieutenant Reid was there when the event occurred as the supervisor on duty. See grievances which were never answered and medical who never helped treat my injuries.

V  Injuries

I sustained fractured ribs nerve damage back pains as to date medical staff continues to deny me treatment as if conspiring to cover up the brutal 8th Amendment violations and 14th Amendment "so called" punishment no due process. I also suffer from PTSD as it enhances my suspicions to be slain by authorities.

VI  Relief

I ask the court to please immediately provide medical treatment I also ask the court to hold all parties involved responsible for the acts. I last ask the court for monetary damages of $1,000,000.00 One Million Dollars of United States Currency for my injuries and pain and suffering. As named officers stipulated to the facts by acquiescing and refusing to respond thus displaying their guilt.

Page #5

**VII Exhaustion of Administrative Remedies Administrative Procedures**

I used the Institution(s) grievance procedures I have written numerous grievances and sick calls since the date of incident and received no response as of date.

I filed grievances here at Institution since the date of incident I also filed sick calls as to the pain and damage I have suffered.

I received no results to any of my filed grievances none, no help, no remedy, no recourse.

I have spoken with Lieutenants sergeants Correctional officers to no availability in fact two weeks after incident I spoke with a sergeant under which one of the officers heard me complaining and said "shut up but that old shit we kick his axx weeks ago".

**VIII Previous Lawsuits**

I have no other filed lawsuits period.

**IX Certification AND Closing**

I agree to provide clerk with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Date February 4th 2021
Signature Garry Outterbridge
Prison Id S83 968

Garry Outterbridge
7901 State Road
Philadelphia Pennsylvania, 19136

Corey Dutteridge
7401 State Road PP # CRSU SES 968
Philadelphia, Pennsylvania
19136

PHILADELPHIA PA 191
19 FEB 2021 PM 10 L

Eastern District of Pennsylvania
U.S. Office of Clerk, UNITED STATES
MS DISTRICT COURT
X-R 601 Market Street
Philadelphia, Pennsylvania
near [19106-9865]

19106-179699